■ ARTHUR S. BECHHOEFER, Appellant-Respondent, v YATES COUNTY et al., Respondents-Appellants. [691 NYS2d 802] —Order

unanimously affirmed without costs for reasons stated in decision at Supreme Court, Bender, J. (Appeals from Order of Supreme Court, Yates County, Bender, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Scudder, JJ.